NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| EVARISTO RODRIGUEZ and JULIO BECCERRIL, <br><br> Plaintiffs, <br><br> v. <br><br> SPARTAN CONCRETE PRODUCTS, LLC, <br><br> Defendant. | Civ. No. 12-29 <br><br> **ORDER & JUDGMENT** |

THOMPSON, U.S.D.J.[1]

    For the reasons stated in this Court's Opinion on this same day,

    IT IS on this 16th day of January, 2019,

    ORDERED and ADJUDGED that JUDGMENT IS ENTERED in favor of Plaintiffs on Count I (violation of the Fair Labor Standards Act) and Count II (violation of the Virgin Islands Fair Wage and Hours Act); and it is further

    ORDERED and ADJUDGED that JUDGMENT IS ENTERED in favor of Defendant on Count III (violation of the Virgin Islands Wrongful Discharge Act) and Count V (breach of implied covenant of good faith and fair dealing); and it is further

    ORDERED that Plaintiff Beccerril is awarded final judgment in the amount of $2,642.59 to be paid by Defendant; and it is further

    ORDERED that Plaintiff Rodriguez is awarded final judgment in the amount of

---

[1] The Honorable Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.

$1,210.36 to be paid by Defendant; and it is further

ORDERED that beyond the date of this Order and pursuant to 28 U.S.C. § 1961, post-judgment interest with respect to the amount awarded will continue to accrue at the rate of 2.59% until the Judgment is paid in full; and it is further

ORDERED that, appearing no unresolved issues remain, the Clerk CLOSE this case.

*[signature]*
ANNE E. THOMPSON, U.S.D.J.