NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| EVARISTO RODRIGUEZ and JULIO BECCERRIL, | |
| Plaintiffs, | Civ. No. 12-29 |
| v. | **ORDER** |
| SPARTAN CONCRETE PRODUCTS, LLC, | |
| Defendant. | |

THOMPSON, U.S.D.J.[1]

For the reasons stated in this Court's Opinion on this same day,

IT IS on this 21st day of March, 2019,

ORDERED that Plaintiffs' Motion to Amend/Correct Motion for Attorneys' Fees (ECF No. 186) is GRANTED; and it is further

ORDERED that Plaintiffs' Motion to Amend/Correct Motion to Amend/Correct Motion for Attorneys' Fees (ECF No. 188) is GRANTED; and it is further

ORDERED that Plaintiffs' Motion for Attorneys' Fees (ECF No. 184) is GRANTED IN PART and DENIED IN PART; and it is further

ORDERED that Plaintiffs are awarded $15,144.00 in attorneys' fees ($4,110.00 for Lee J. Rohn and $11,034.00 for Ronald E. Russell) and $7,339.30 in costs to be paid by Defendant; and it is further

---

[1] The Honorable Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.

ORDERED that this Order awarding attorneys' fees and costs is STAYED pending the resolution of Plaintiffs' appeal of this Court's Order and Judgment dated January 16, 2019 (*see* ECF No. 189).

_____
ANNE E. THOMPSON, U.S.D.J.